B3B (Official Form 3B) (12/07) - Cont.

## United States Bankruptcy Court
## Central District of California

IN RE:                                                                                         Case No. 10-16369

**Klomp, Michael Dale & Klomp, Aleesha Deann**                          Chapter 7
                               Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ ~~GRANTED.~~

~~This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.~~

☒ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 299 —    on or before  12·30·10    *Debtors are paying or have*
$          on or before                *paid $1,990 to a lawyer.*
$          on or before                *They can pay their filing*
$          on or before                *fee!*

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on
at            am/pm at
                        (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

Date: 12·15·10                                              *Robin Riblet*
                                                        *United States Bankruptcy Judge*


